## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **FILAMENA GUYNN** | ) | CASE NO. 1:05 CV 1361 |
| | ) | |
| **Plaintiff** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| v. | ) | |
| | ) | |
| **FLEET PHARMACEUTICALS,** | ) | **ORDER** |
| **et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

In accordance with the "Stipulated Notice of Dismissal Pursuant to Rule 41(a)(1) F.R.C.P." filed by Plaintiff Filamena Guynn and Defendant Johnson & Johnson, this action is dismissed as to the Defendant Johnson & Johnson. (Dkt. #34). Therefore, Defendant Johnson & Johnson's Motion for Summary Judgment (Dkt. #30) is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

                                              **s/Peter C. Economus - February 7, 2006**
                                              **PETER C. ECONOMUS**
                                              **UNITED STATES DISTRICT JUDGE**