IT IS SO ORDERED

*S/Peter C. Economus*    3/22/06
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| FILAMENA GUYNN, et al., | ) CASE NO. 1:05cv1361 |
| Plaintiffs, | ) JUDGE PETER C. ECONOMUS |
| v. | ) |
| FLEET PHARMACEUTICALS, et al., | ) **STIPULATED NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) F.R.C.P.** |
| Defendants. | ) |

NOW COME Plaintiffs and Defendant Johnson & Johnson • Merck Consumer Pharmaceuticals Co., 7050 Camp Hill Road, Fort Washington, Pennsylvania 19034-2292, pursuant to Rule 41(a)(1) F.R.C.P., and hereby give notice to the Court, counsel, and the parties of the dismissal of this action as to Defendant Johnson & Johnson • Merck Consumer Pharmaceuticals Co. Such dismissal is without prejudice and each party shall be responsible for their own costs.

*/s/ Julie A. Callsen*
ROBERT C. TUCKER (#0013098)
robert.tucker@tuckerellis.com
JULIE A. CALLSEN (#0062287)
julie.callsen@tuckerellis.com
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH  44115-1414
Telephone:    216.592.5000
Telefax:      216.592.5009

Attorneys for Defendant Johnson & Johnson • Merck Consumer Pharmaceuticals Co.

*/s/ Theodore E. Laszlo, Jr.*
Theodore E. Laszlo, Jr. (#0009531)
tlaszlo@laszlolaw.com
LASZLO & ASSOCIATES, LLC
1400 Main Street, Suite 200
PO Box 159
Louisville, CO 80027
303.926.0410
303.666.4831 (Fax)

Attorney for Plaintiffs